NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5053

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Gary Marcus, Gary Marcus Attorney At Law, P.C., of Garden City, New York, argued for plaintiff-appellant.

Leslie Cayer Ohta, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

Appealed from:  United States Court of Federal Claims

Judge Susan G. Braden

NOTE: This disposition is nonprecedential.

# *United States Court of Appeals for the Federal Circuit*

2007-5053

DIE CASTERS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# *Judgment*

*ON APPEAL from the* UNITED STATES COURT OF FEDERAL CLAIMS

*in CASE NO(S).* 04-CV-1113

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.)

AFFIRMED. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: October 9, 2007          /s/ Jan Horbaly
                               Jan Horbaly, Clerk